

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00012-CV
_____

JOHN FUENTEZ VELA, Appellant

V.

JOSEPH LEE SOTO, UBER TECHNOLOGIES, INC. D/B/A UBER EATS, AND
PORTIER, LLC D/B/A UBER EATS, Appellees

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2023-003748-1

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Motion for Voluntary Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 30, 2025